## Jennings v. Pittsburgh & Lake Erie Railroad Company, Appellant.

Argued April 17, 1939.

Before Keller, P. J., Cunningham, Baldrige, Stadtfeld, Parker, Rhodes and Hirt, JJ.

18

*P. K. Motheral*, with him *Reed, Smith, Shaw & Mc-Clay*, for appellant.

*E. D. Brown*, with him *W. Brown Higbee*, for appellee.

PER CURIAM, June 27, 1939:

For the reasons so clearly stated by Judge CARR, of the court below, in his dissenting opinion, which will be found in the reporter's statement, we are of opinion that the judgment on the award in favor of the claimant must be reversed and judgment entered for the defendant.[1]

It is so ordered.

[1] See also *Elder v. Penna. R. R. Co.*, 118 Pa. Superior Ct. 137, 148, 180 A. 183; *Martini v. Director General*, 77 Pa. Superior Ct. 529, 534; *Phila. & R. Ry. Co. v. Di Donato*, 256 U. S. 327, 329; *Bauchspies v. Central R. of N. J.*, 287 Pa. 590, 135 A. 728; *Glunt v. Penna. R. R. Co.*, 249 Pa. 522, 95 A. 109.